UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE 6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE GREENBELT, MARYLAND  20770
 301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Budzynski v. Burns, Civil No. PJM 12-3174

DATE: August 24, 2015

* * *

The Court has received Budzynski's Motion to Alter or Amend Clerical Mistakes in Transcript, ECF No. 98, pursuant to Federal Rule of Civil Procedure 60(a), which provides that Court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The Motion concerns the transcript of proceedings held on February 18, 2015, at which time the Court rendered its oral opinion granting judgment in favor of Budzynski. ECF No. 93. The Government has taken no position on the Motion.

The Court **GRANTS** the Motion to Alter or Amend Clerical Mistakes in Transcript, ECF No. 98, as follows:

| Page : Line | Original Text | Revision |
| --- | --- | --- |
| 3:3 | "in a somewhat unorthodoxed way of beginning" | "in a somewhat unorthodox~~ed~~ way of beginning" |
| 3:10 | "nothing that **appease** me from" | "nothing that **impedes** me from" |
| 3:13 | "fail or refuse to hire or scourge any individual" | "fail or refuse to hire or **discourage** any individual" |
| 4:2 | "think parties do not" | "think **the** parties do not" |
| 5:18 | "Mr. Donoghue the selecting official for that position." | "Mr. Donoghue **was** the selecting official for that position ." |
| 8:18 | "usually a head of schedule" | "usually **ahead** of schedule" |
| 12:6 | "self assess skill level" | "self assess**ed** skill level" |
| 12:21 | "So that is the May 25 date is significant." | "So that is**, why** the May 25 date is significant." |
| 13:14 | "point is to understand what the beyond the obligation" | "point is to understand what**,** ~~the~~ beyond the obligation" |
| 14:16 | "a manual going back to the Asin and other cases" | "a manual going back to the **Hazen** and other cases" |
| 16:22 | "he was using retirement eligibility chart to simply train" | "he was using **the** retirement eligibility chart to simply train" |

| 21:5  | "If you aren't going to weigh a factor more heavily than another, you've got to say that." | "If you are**n't** going to weigh a factor more heavily than another, you've got to say that." |
|-------|---------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------|
| 22:1  | "what do they suggest is"                                                                   | "what **they do** suggest is"                                                                 |
| 23:23 | "because that's one of the things that AFIS can tell you."                                  | "because that's one of the things that **the matrix** can tell you."                          |
| 36:17 | "it would also be necessary for us to address which step in GG-14?"                         | "it would also be necessary for us to address which step in GG-14**?**"                       |

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____/s/_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:   Court File